**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS KOHLER,<br><br>        Plaintiff,<br><br>   v.<br><br>SOUTHLAND FOODS, INC.<br>dba ARBY'S #6048; and<br>MORENO VALLEY FESTIVAL,<br>LTD.,<br><br>        Defendants. | Case No. EDCV 08-1785-VAP (RZx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

    Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE.  The Court orders that such judgment be entered.

Dated: March 9, 2010

                                                VIRGINIA A. PHILLIPS
                                                United States District Judge